UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦

**SHELLEY T. CAMPBELL,**

          **Plaintiff,**

        **-v-**         **6:11-CV-1413 (NAM/ATB)**

**TIMOTHY ADUDDELL and JERRY WHITLOCK,**

✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦

APPEARANCES:

Shelley T. Campbell
P.O. Box 145
Old Chatham, New York 12136
Plaintiff, *pro se*

Trevett Cristo Salzer & Andolina P.C.
Eric M. Dolan, Esq. of Counsel
2 State Street Suite 1000
Rochester, New York 14614
Attorney for Defendant Jerry Whitlock

**Hon. Norman A. Mordue, Senior U.S. District Judge:**

**MEMORANDUM-DECISION AND ORDER**

On September 17, 2014, this Court issued a Memorandum-Decision and Order (Dkt. No. 58) granting the motion (Dkt. No. 42) to dismiss the complaint and giving plaintiff leave to file an amended complaint that complies with the Court's order. The Court warned plaintiff in bold, upper-case font that, if she failed to file a proposed amended complaint within 30 days of the date of the order, the case would be dismissed in its entirety. Thirty-six days have elapsed since the issuance of the Memorandum-Decision and Order, and plaintiff has neither filed an amended complaint nor moved for an extension of time. Accordingly, the action is dismissed.

It is therefore

ORDERED that the action is dismissed in its entirety with prejudice; and it is further

ORDERED that the Clerk of the Court is directed to serve copies of this Memorandum-Decision and Order in accordance with the Local Rules of the Northern District of New York and to serve plaintiff by certified mail, return receipt requested.

IT IS SO ORDERED.

Date: October 23, 2014
Syracuse, New York

*Norman A. Mordue*
Senior U.S. District Judge